**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**SECURITIES AND EXCHANGE
COMMISSION,**

                    **Plaintiff,**

                    Case No. 03-C-1427

        v.

                    Honorable Judge
**HEARTLAND ADVISORS, INC., et al.,**    Charles N. Clevert, Jr.

                    **Defendants.**

---

**STIPULATION DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS
AGAINST DEFENDANTS HEARTLAND ADVISORS, INC., WILLIAM J.
NASGOVITZ, PAUL T. BESTE, THOMAS J. CONLIN, GREG D. WINSTON,
<u>KEVIN D. CLARK, KENNETH J. DELLA, AND HUGH F. DENISON</u>**

    The parties hereby stipulate and agree:

    1.    Plaintiff Securities and Exchange Commission ("Commission") filed its Complaint in this action on December 11, 2003, alleging violations of the Federal securities laws by, and seeking relief against, Defendants Heartland Advisors, Inc., William J. Nasgovitz, Paul T. Beste, Thomas J. Conlin, Greg D. Winston, Kevin D. Clark, Kenneth J. Della, Hugh F. Denison, and Jilaine H. Bauer.

    2.    The Commission and Defendants Heartland Advisors, Inc., William J. Nasgovitz, Paul T. Beste, Thomas J. Conlin, Greg D. Winston, Kevin D. Clark, Kenneth J. Della, and Hugh F. Denison ("the Settling Defendants") have now entered into a settlement which resolves the Commission's claims against the Settling Defendants.

    3.    The Commission's claims against Defendant Bauer remain unresolved.

4. Accordingly, the Parties agree and stipulate to the entry of an Order dismissing with prejudice the Commission's claims against the Settling Defendants.

Dated: February 21, 2008

s/ John E. Birkenheier
John E. Birkenheier
Securities and Exchange Commission
175 W. Jackson Blvd, Suite 900
Chicago, IL 60604
*Counsel for Plaintiff Securities and Exchange Commission*

s/ Todd A. Noteboom
Todd A. Noteboom
Leonard Street & Deinard PA
150 S. 5th Street, Suite 2300
Minneapolis, MN 55402
*Counsel for Defendant Heartland Advisors, Inc.*

s/ Dennis L. Fischer
Dennis L. Fischer
Meissner Tierney Fisher & Nichols SC
111 E. Kilbourn Ave, 19th Floor
Milwaukee, WI 53202-6622
*Counsel for Defendants Heartland Advisors, Inc. and William J. Nasgovitz*

s/ Timothy J. Rivelli
Timothy J. Rivelli
Winston & Strawn LLP
35 W. Wacker Drive, Suite 5000
Chicago, IL 60601-9703
*Counsel for Defendant William J. Nasgovitz*

2
Case 2:03-cv-01427-CNC   Filed 02/21/08   Page 2 of 3   Document 395

s/ Paul Huey-Burns
Paul Huey-Burns
Dechert LLP
1775 I Street, N.W.
Washington, DC 20006
*Counsel for Defendants Paul T. Beste, Kevin D. Clark, and Hugh F. Denison*


 s/ Kevin M. Flynn
Kevin M. Flynn
Kevin M. Flynn & Associates
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
*Counsel for Defendant Thomas J. Conlin*


 s/ Robert A. Chapman
Robert A. Chapman
Chapman & Spingola LLP
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
*Counsel for Defendant Greg D. Winston*


 s/ Gwendolyn G. Connolly
Gwendolyn G. Connolly
Law Office of Gwendolyn G. Connolly
826 N. Plankinton Ave, Suite 600
Milwaukee, WI 53203
*Counsel for Defendant Kenneth J. Della*


 s/ Laura Gramling Perez
Laura Gramling Perez
Reinhart Boerner Van Deuren SC
1000 N. Water St., Suite 2100
PO Box 2965
Milwaukee, WI 53202
*Counsel for Defendant Jilaine H. Bauer*