UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

                            Case No. 03-C-1427

      v.

                            Honorable Judge
JILAINE H. BAUER               Charles N. Clevert

                Defendant.
_____

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT ON INSIDER TRADING CHARGES**

Plaintiff Securities and Exchange Commission respectfully moves this Court, the Honorable Charles N. Clevert presiding, for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Civil Local Rule 56.2. The grounds for such motion are set forth in the accompanying Plaintiff's Brief In Support of Its Motion For Summary Judgment Against Defendant Jilaine H. Bauer on Insider Trading Charges together with the Proposed Findings of Fact and accompanying Exhibits. If oral argument is desired by the Court, the Motion will be heard at a date and time to be set by the Court.

                                         Respectfully submitted,

                                         s/ John E. Birkenheier
                                         John E. Birkenheier
                                         Gregory P. von Schaumburg
                                         Paul N. Mensheha
                                         Attorneys for Plaintiff
                                         Securities and Exchange Commission
                                         175 W. Jackson Blvd. Suite 900
                                         Chicago, IL 60604
                                         P: (312) 886-3947 (Birkenheier)
                                         F: (312) 353-7398

Dated: June 20, 2008