UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    v.

JILAINE H. BAUER,

        Defendant.

Case No. 03-C-1427

Honorable Judge
Charles N. Clevert

# ERRATA SHEET

On September 24, 2008, Plaintiff Securities and Exchange Commission filed its Motion for Summary Judgment Against Defendant Jilaine H. Bauer on Disclosure Issues (Doc. # 433), Brief in Support (Doc. # 434), and Proposed Findings of Fact in Support with attached exhibits (Doc. # 435). Subsequently, the Commission discovered several typographical errors in its brief and proposed findings, which it wishes to bring to the attention of the Court and Defendant Jilaine H. Bauer so that the Court and Ms. Bauer may correct the errors in their respective copies of the Commission's papers. The errors are:

- Brief, page 5 of 35, line 16: "Federal Rules of Civil Procedure 56©)" s/b "Federal Rules of Civil Procedure 56(c)"

- Proposed findings, page 1 of 33, line 2: "20©)" s/b "20(c)"

- Proposed findings, page 1 of 33, line 3: "77t©)" s/b "77t(c)"

Respectfully submitted,

s/ John E. Birkenheier
John E. Birkenheier
Gregory P. von Schaumburg
Paul N. Mensheha
Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd. Suite 900
Chicago, IL 60604
P: (312) 353-7390
F: (312) 353-7398

Dated: October 1, 2008