UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v. Case No. 03-C-1427

JILAINE H. BAUER,

Defendants.

ORDER DISMISSING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DISCLOSURE ISSUES (DOC. # 433) WITHOUT PREJUDICE FOR ADMINISTRATIVE PURPOSES WITH REINSTATEMENT FOLLOWING RESOLUTION OF PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT ON THE INSIDER TRADING CLAIM (DOCS. # 399, 411).

On October 15, 2009, this court granted the defendant's Motion to Stay proceedings and all briefing on plaintiff's Motion for Summary Judgment on Disclosure Issues (Doc. # 433). The stay order further provided that briefing on that motion will resume within thirty days of this court's decisions resolving the pending cross motions for summary judgment on the insider trading claim. In consideration of the foregoing matters, the Motion for Summary Judgment on Disclosure Issues is not ripe for decision. Therefore,

IT IS ORDERED that plaintiff's Motion for Summary Judgment on Disclosure Issues (Doc. # 433) is dismissed without prejudice for administrative purposes.

Following resolution of the cross motions for summary judgment on insider trading claims (Docs. # 399, 411), said motion may be renewed and the related filings may be reinstated upon the request of the plaintiff.

Dated at Milwaukee, Wisconsin, this 30th day of March, 2009.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
U. S. DISTRICT JUDGE