# United States District Court

EASTERN DISTRICT OF WISCONSIN

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

HEARTLAND ADVISORS, INC.,
WILLIAM J. NASGOVITZ, PAUL T. BESTE,
JILAINE H. BAUER, THOMAS J. CONLIN,
GREG D. WINSTON, KEVIN D. CLARK,
KENNETH J. DELLA, HUGH F. DENISON,
RAYMOND R. KRUEGER,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 03-C-1427

      This action came before the court. The issues have been decided and a decision rendered.

      IT IS ORDERED AND ADJUDGED that the case is dismissed as to Heartland Advisors, Inc., William J. Nasgovitz, Paul T. Beste, Thomas J. Conlin, Greg D. Winston, Kevin D. Clark, Kenneth J. Della, Hugh F. Denison, and Raymond R. Krueger.

      IT IS FURTHER ORDERED AND ADJUDGED that defendant Jilaine H. Bauer engaged in transactions, acts, practices and courses of business which constitute violations of Section 17(a) of the Securities Act of 1933, Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, and Section 36(a) of the Investment Company Act of 1940.

IT IS FURTHER ORDERED AND ADJUDGED that Bauer is liable for disgorgement of $20,033.25, representing losses avoided as a result of the conduct alleged in the complaint, together with prejudgement interest thereon in the amount of $2,032.86. Bauer shall satisfy this obligation by paying $22,066.11 within 14 days after entry of this judgment by certified check, bank cashier's check, or the United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Jilaine H. Bauer as a defendant in this action; setting forth the title and civil action number and the name of this court; and specifying that payment is made pursuant to this final judgment. Bauer shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

APPROVED: s/ C. N. CLEVERT, JR.
C. N. CLEVERT, JR.
Chief U. S. District Judge

JON W. SANFILIPPO
Clerk

6/15/2012
Date

s/C. Fehrenbach
(By) Deputy Clerk