UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

HEARTLAND ADVISORS, INC.,
WILLIAM J. NASGOVITZ, PAUL T. BESTE,
JILAINE H. BAUER, THOMAS J. CONLIN,
GREG D. WINSTON, KEVIN D. CLARK,
KENNETH J. DELLA, HUGH F. DENISON
and RAYMOND R. KRUEGER,

        Defendants.

Case No. 03-C-1427

## NOTICE OF APPEAL OF DEFENDANT JILAINE H. BAUER

Notice is given that the defendant, Jilaine H. Bauer, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment (Dkt. #469) entered in this action on June 15, 2012.

Dated: August 10, 2012

        s/ Ryan S. Stippich
        Ryan S. Stippich,[*] Bar Number: 1038045
        Mark A. Cameli, Bar Number: 1012040
        Attorneys for Defendant Jilaine H. Bauer
        REINHART BOERNER VAN DEUREN S.C.
        1000 North Water Street, Suite 1700
        Milwaukee, WI 53202
        Telephone: 414-298-1000
        Facsimile: 414-298-8097
        E-mail: rstippich@reinhartlaw.com
        E-mail: mcameli@reinhartlaw.com

---

[*] For purposes of this appeal, Mr. Stippich is counsel of record for Ms. Bauer.