# United States District Court

EASTERN DISTRICT OF WISCONSIN

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

JILAINE H. BAUER,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 03-C-1427

---

This action came before the court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed.

APPROVED:    s/ C.N. CLEVERT, JR.
                    C.N. CLEVERT, JR.
                    U.S. District Judge

                                            JON W. SANFILIPPO
                                            Clerk

        8/29/14                                s/C. Fehrenbach
        Date                                  (By) Deputy Clerk